the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

**98–219. Pretty v. Mueller.**

Hamilton App. Nos. C–970011 and C–970332. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellees' notice of lifting of the automatic stay in the Franklin County Court of Common Pleas,

IT IS ORDERED by the court, *sua sponte*, that the stay previously granted by this court be, and hereby is, lifted.

IT IS FURTHER ORDERED by the court that appellees' memorandum in response is due within thirty days of the date of this entry.

**98–238. Pesek v. Univ. Neurologists Assn., Inc.**

Cuyahoga App. No. 71637. This cause is pending before the court as a discretionary appeal. Upon consideration of appellees' motion to withdraw as counsel by Donald H. Switzer and motion to substitute attorney Stephen D. Walters,

. IT IS ORDERED by the court that the motions to withdraw and substitute be, and hereby are, granted.

It appearing to the court from the motion to substitute that the automatic stay in the Franklin County Court of Common Pleas has expired,

IT IS ORDERED by the court, *sua sponte*, that the stay previously granted by this court be, and hereby is, lifted.

IT IS FURTHER ORDERED by the court that appellees' memorandum in response is due within thirty days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**98–795. In re Edwards.**

Cuyahoga App. No. 72473. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due May 4, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte*.

*Thursday, October 29, 1998*

## MISCELLANEOUS DISMISSALS

**98–1439. State ex rel. Hudson v. Indus. Comm.**

Franklin App. No. 97APD03–347. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1949. State ex rel. Mortemore v. Tretter.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–2012. State ex rel. McGilvery v. Caltrider.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–2029.   State ex rel. Burnes v. Judges of the Fourth Dist. Court of Appeals.**

In Procedendo.   This cause originated in this court on the filing of a complaint for a writ of procedendo.   Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.